198 So. 261
### Herman WASDEN v. STATE.
1 Div. 120.

Supreme Court of Alabama.
Oct. 17, 1940.

Hybart & Chason, of Bay Minette, for the motion.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

BROWN, Justice.

The petitioner seeks to review the Court of Appeals on a conclusion of fact, and the application of the law thereto. The writ is denied on the authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

Judgment affirmed.

GARDNER, C. J., and THOMAS and KNIGHT, JJ., concur.